No. 84–6788.   MARTIN v. LITTLE, BROWN & CO. ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–6789.   RATNER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO, ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 84–6793.   HANSEN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–6794.   GLICK v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 84–6795.   STRADER v. ALLSBROOK, SUPERINTENDENT, ODOM CORRECTIONAL COMPLEX, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–6797.   BIXLER v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 84–6799.   CARRIGAN v. LASHLEY.   C. A. D. C. Cir.   Certiorari denied.

No. 84–6801.   DARWIN v. UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–6802.   ALLEN v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Certiorari denied.

No. 84–6803.   DARR v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–6804.   BOGGINS v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 84–6805.   HUBBARD ET AL. v. WHITE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–6806.   GORMONG v. LOCAL 613, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–6809.   REEVES v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.